**FILED**
Nov 20, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:20-MJ-131 EPG |
| vs. | ) | ORDER OF RELEASE |
| CHA VANG, | ) | |
| Defendant. | ) | |

The above-named defendant, appearing before me on an out-of-district warrant for an initial appearance on a complaint, issued by the United States District Court, Western District of New York, is ordered released and directed to appear at said court by December 4, 2020, at 12:00 pm.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

Dated: **November 20, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE